UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-6557

**Caption [use short title]**

**Motion for:** Withdrawal as Counsel for Plaintiff-Appellant Carlton Walker

Walker v. Cuomo, et al.

Set forth below precise, complete statement of relief sought:

Daniel Greenfield hereby requests to withdraw as co-counsel for Plaintiff-Appellant Carlton Walker, because he has accepted employment with another organization. Plaintiff-Appellant will continue to be represented by attorney Mehwish Shaukaut and Gregory Cui of the Roderick & Solange MacArthur Justice Center, who have already entered appearances on behalf of Plaintiff-Appellant in this matter.

**MOVING PARTY:** Daniel Greenfield   **OPPOSING PARTY:** Beezly J. Kiernan

☒ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Daniel Greenfield   **OPPOSING ATTORNEY:** Beezly J. Kiernan

[name of attorney, with firm, address, phone number and e-mail]

Daniel Greenfield, Roderick & Solange MacArthur Justice Center   Beezly J. Kiernan, Assistant Solicitor General State of New York

daniel.greenfield@macarthurjustice.org, 202-869-1664   beezly.kiernan@ag.ny.gov, 518-776-2023

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☒ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?  ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**

Daniel Greenfield (Digitally signed by Daniel Greenfield, Date: 2024.05.17 09:25:54 -04'00')   **Date:** May 17, 2024   **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| CARLTON WALKER,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>ANDREW M. CUOMO, et al.,<br>*Defendants-Appellees*. | No. 23-6557<br><br>On Appeal from the United States District Court for the Northern District of New York<br>(No. 9:20-cv-00082) |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLANT CARLTON WALKER

Daniel Greenfield hereby requests to withdraw as co-counsel for Plaintiff-Appellant Carlton Walker, because he has accepted employment with another organization. Plaintiff-Appellant will continue to be represented by attorney Mehwish Shaukaut and Gregory Cui of the Roderick & Solange MacArthur Justice Center, who have already entered appearances on behalf of Plaintiff-Appellant in this matter.

Dated: May 17, 2024

Respectfully submitted,

*/s/ Daniel Greenfield*

Daniel Greenfield
RODERICK & SOLANGE
MACARTHUR JUSTICE CENTER
501 H Street NE, Suite 275

2

Washington, DC 20002
(202) 869-1664
daniel.greenfield@macarthurjustice.org

*Attorney for Appellant
Carlton Walker*

## CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 62 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

*/s/ Daniel Greenfield*
Daniel Greenfield

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Daniel Greenfield*
Daniel Greenfield